**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO G. MIRABAL, | No. C 12-3075 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LAURIE SMITH, et al., | |
| Defendants. / | |

This action is dismissed for failure to state a claim upon which relief may be granted against a defendant.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 2, 2013

_____
SUSAN ILLSTON
United States District Judge